COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-098-CV

 

 

IN RE ALLSTATE INDEMNITY
COMPANY                                    RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus, the response of the real party in interest, and
relator=s reply,
and is of the opinion that relief should be denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL B: 
HOLMAN, DAUPHINOT, and MCCOY, JJ. 

 

DELIVERED: 
May 21, 2007  











    [1]See
Tex. R. App. P. 47.4.